UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                           CASE NO.: 8:09-cv-455-T-23TBM

SKY WAY GLOBAL, LLC, et al.,

    Defendants.
_____/

**ORDER**

The defendant Glenn Kovar files (Doc. 156) a "plea of stay in bankruptcy" to "show[] the [c]ourt that this civil action is stayed as to . . . Kovar by virtue of the fact that . . . Kovar filed a [v]oluntary [p]etition for relief under Chapter 7 of the United States Bankruptcy Code." However, although 11 U.S.C. § 362 automatically stays other legal proceedings against the debtor, "[a] continuing civil enforcement proceeding brought by a governmental unit and the enforcement of injunctive relief obtained therein are exempted from the automatic stay provisions." S.E.C. v. First Fin. Grp. of Texas, 645 F.2d 429, 437-38 (5th Cir. 1981);[*] 11 U.S.C. § 362(b)(4). Accordingly, the "plea of stay in bankruptcy" (Doc. 156) is construed as a motion to stay and is **DENIED**.

ORDERED in Tampa, Florida, on November 16, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] Bonner v. Prichard, 661 F.2d 1206 (11th Cir. 1981), adopts as binding precedent all former Fifth Circuit Court of Appeals decisions issued before October 1, 1981.