# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2011

Sheryl L. Loesch
United States District Court
801 N FLORIDA AVE RM 200
TAMPA, FL 33602-3849

Appeal Number: 11-12510-DD
Case Style: Securities & Exchange Commissi v. Sky Way Global LLC, et al
District Court Docket No: 8:09-cv-00455-SDM-TBM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 02 2011
JOHN LEY
CLERK

No. 11-12510-D

SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant,

versus

KENNETH R. KRAMER,

Defendant-Appellee.

On Appeal from the United States District Court for the
Middle District of Florida

Before EDMONDSON, CARNES, and HULL Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The district court's April 1, 2011, order and April 4, 2011, judgment are not final and appealable decisions. See Fed.R.Civ.P. 54(b); 28 U.S.C. § 1291; *CSX Transp. Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (citing 28 U.S.C. § 1291); *Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 744, 96 S.Ct. 1202, 1206, 47 L.Ed.2d 435 (1976); *McLaughlin v. City of LaGrange*, 662 F.2d 1385, 1387 (11th Cir. 1981). *Wilson v. Navistar Int'l Transp. Corp.*, 193 F.3d 1212, 1213 (11th Cir. 1999), *overruled on other grounds*, *Saxton v. ACF Indus., Inc.*, 254 F.3d 959 (11th Cir. 2001).

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia