UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. : 09-455-CIV-MERRYDAY/MCCOUN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SKY WAY GLOBAL LLC, et al.,

    Defendants.
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO REOPEN CASE AND FOR LEAVE TO FILE A MOTION
TO RESOLVE ALL PENDING MATTERS ON OR BEFORE JULY 20, 2012**

    Plaintiff Securities and Exchange Commission respectfully requests the Court reopen this case and grant the Commission leave to file a motion on or before July 20, 2012, which would resolve all pending matters against all remaining defendants. In support, the Commission states as follows:

    1.     This is not a case where the parties have been inactive. While we have not filed with the Court in many months, we have committed significant time to resolving the outstanding issues without the Court's intervention.

    2.     Specifically, Commission staff and some of the defendants in this case have done extensive work in furtherance of a tentative settlement agreement that would resolve all pending litigation issues against them.

    3.     Undersigned counsel should have apprised the Court we were actively working to resolve this case.

4. These efforts have been extensive for both the defendants and the Commission staff. Specifically, some of the defendants produced documents and other information required for the heightened review required for the type of resolution at issue. Undersigned counsel reviewed and assessed those materials and other information we collected, and has corresponded with the relevant defendants concerning these matters until June 2012.

5. After concluding the efforts outlined above, the Commission staff submitted a recommendation to the five members of the Commission to authorize the tentative resolutions and to file a motion to resolve all outstanding matters against the remaining defendants in this case.

6. The Commission is scheduled to determine whether or not to accept the staff's recommendations during the week of July 16, 2012.

7. Accordingly, the Commission would be able to file a motion to resolve all outstanding issues against all remaining defendants on or before Friday, July 20, 2012.

8. Based upon the foregoing, we respectfully ask the Court to reopen this case and grant the Commission one week, until July 20, 2012, to file a motion to resolve all outstanding issues.

9. This motion is not being filed for purposes of delay, and since trial is over, this extension would not affect a trial date in this case. Nor would the relief sought in this motion prejudice any party.

**Certificate of Conferral**

10. Undersigned counsel is unable to contact the remaining defendants, who are affected by this motion. SkyWay Global is defunct, as set forth in prior motions and at trial, we have been unable to locate Kenneth Bruce Baker, and Brent and Glenn Kovar will not provide a

telephone number or email address to the Commission and so we mailed a letter to them today to confer. We also emailed James Kent to confer, but we have not received a response.

Dated: July 13, 2012                             Respectfully submitted,

                                 By      s/Amie Riggle Berlin
                                         Amie Riggle Berlin, Esq.
                                         Senior Trial Counsel
                                         Florida Bar Number 630020
                                         Direct Dial: (305)982-6322
                                         berlina@sec.gov

                                         Attorney for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION
                                         801 Brickell Avenue, Suite 1800
                                         Miami, Florida 33131
                                         Telephone: (305) 982-6300
                                         Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON July 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and caused the foregoing document to be mailed by U.S. Mail to the following non-CM/ECF participants:

Sky Way Global LLC                                James. S. Kent, Pro Se
c/o Joy Kovar, Registered Agent                   2709 112th Place East
1700 S. Araby Dr., Apt. 6                         Parrish, FL 34219
Palm Springs, CA 92264

Brent C. Kovar, Pro Se
Glenn Kovar, Pro Se
6935 Aliante Park Way
#104-221
Las Vegas, NV   89094

                    s/ Amie Riggle Berlin