James S. Kent, pro se
2709 112th Place East
Parrish, Fl 34219
(941) 776-3853

09-cv-455-MERRYDAY/MCCOUN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

V

SKYWAY GLOBAL, LLC, et al.,

    Defendants

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISION'S
MOTION TO RESOLVE ALL OUTSTANDING ISSUES
REQUEST FOR HEARING**

I.    REQUEST FOR HEARING

I, James Kent, oppose the relief sought in the Securities and Exchange Commission's motion to resolve all outstanding issues and am requesting a hearing in order to respond. I continue to be unable to retain counsel to assist me in this case so I will be representing myself Pro se.

October 9, 2012

    Respectfully submitted,

    */s/ James S. Kent*
    James S. Kent, Pro se
    2709 112th Place East
    Parrish, Fl 34219
    (941) 776-3853

[FILED 2012 OCT 11 PM 1:57 — CLERK, US DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA, FLORIDA]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2012, I filed with the Commission's Motion to Resolve All Outstanding Issues, Requesting a Hearing with the Clerk of the Court via U.S. mail. I also certify that on October 10, 2012 I requested that the Motion be served on all counsel of record and pro se parties identified in the below service list in the manner specified.

Service List

Amie Riggle Berlin
U.S. Securities and Exchange Commission
801 Brickell Ave, Suite 1800
Miami, Florida 33131
*(Send Electronically)*
Email: berlina@sec.gov

Brent C. Kovar, Pro Se
Glenn Kovar, Pro Se
SkyWay Global LLC
c/o Joy Kovar, Registered Agent
6935 Aliante Park Way #104-221
Las Vegas, NV 89094

Joseph Sacher, Esq. and Barton Sacher, Esq.
Sacher, Zelman, Hartman, P.A.
1401 Brickell Ave, Suite 700
Miami, FL 33131
Telephone: 305-371-8797
Facsimile: 305-374-2605
*Counsel for Defendant Kramer*
Service by CM/ECF

Bruce Kenneth Baker, pro se
Email: bbaker5588@aol.com

James S. Kent