February 6, 2013

James S. Kent, pro se
2709 112th Place East
Parrish, Fl  34219
(941) 776-3853


SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

       v                                  CASE NO: 8:09-cv-455-T-23TBM

SKYWAY GLOBAL, LLC, et al.,

      Defendants

_____

**PLAINTIFF SECURITIES AND EXCHANGE COMMISION'S
MOTION TO RESOLVE ALL OUTSTANDING ISSUES
REQUEST FOR HEARING**


      I.       REQUEST FOR HEARING

I, James Kent, am (1) responding to the Court's ORDER dated Jan 28, 2013 and (2) to oppose the relief sought in the Securities and Exchange Commission's motion to resolve all outstanding issues.  On these issues I am requesting a hearing.  I continue to be unable to retain counsel to assist me in this case so I will be representing myself Pro se.

I apologize to the Court for omitting an explanation or the purpose of my previous request for a Hearing.


      II       PURPOSE FOR REQUEST FOR HEARING

The purpose of this hearing is to:

A.  Bring to the Court's attention the many discussions, emails, telephone calls and agreements that I have had with the SEC (Ms Amie Berlin) from June 2008 to January 2012 and to bring attention to the Court the many roles I've played, at the request of the SEC, in supporting the many SkyWay Global/SkyWay Communications issues.

B. Provide the Court with an explanation of my current financial status and to provide a detailed financial statement which shall demonstrate my inability to make any financial disgorgement.

February 6, 2013                          Respectfully Submitted,

James S. Kent, Pro se
2709 112th Place East
Parrish, Fl 34219
(941) 776-3853

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2013, I filed my Motion with the Clerk of the Court via U.S. overnight mail, my Request for a Hearing to Resolve All Outstanding Issues. I also certify that on February 6, 2013 I requested that the Motion be served on all counsel of record and pro se parties identified in the below service list in the manner specified.

Service List

Amie Riggle Berlin
U.S. Securities and Exchange Commission
801 Brickell Ave, Suite 1800
Miami, Florida 33131
*(Sent Electronically)*
Email: berlina@sec.gov

Brent C. Kovar, Pro Se
Glenn Kovar, Pro Se
SkyWay Global LLC
c/o Joy Kovar, Registered Agent
6935 Aliante Park Way #104-221
Las Vegas, NV 89094

Joseph Sacher, Esq. and Barton Sacher, Esq.
Sacher, Zelman, Hartman, P.A.
1401 Brickell Ave, Suite 700
Miami, FL 33131
Telephone: 305-371-8797
Facsimile: 305-374-2605
*Counsel for Defendant Kramer*
Service by CM/ECF
*(Sent Electronically)*

Bruce Kenneth Baker, pro se
Email: bbaker5588@aol.com

February 6, 2013

James S. Kent